UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Transcontinental Insurance Company,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>Barletta Engineering Corporation,<br><br>　　　　　　　　　　　Defendant. | Civil Action No.<br><br>04-12486 NG |

**PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT
PURSUANT TO L.R. 7.3**

Plaintiff Transcontinental Insurance Company hereby provides the following corporate disclosure pursuant to L.R. 7.3:

Transcontinental Insurance Company, a non-governmental entity, identifies the following parent corporations and publicly-held corporations that own 10% or more of its stock: Loew's Corporation and CNA Financial Corporation.

　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　TRANSCONTINENTAL INSURANCE
　　　　　　　　　　CORPORATION

　　　　　　　　　　By its attorneys,

Date: 11/24/04

　　　　　　　　　　_____
　　　　　　　　　　Gregory P. Deschenes (BBO # 550830)
　　　　　　　　　　John S. Stadler (BBO # 548485)
　　　　　　　　　　Michael L. Cornell (BBO # 651405)
　　　　　　　　　　Nixon Peabody LLP
　　　　　　　　　　100 Summer Street
　　　　　　　　　　Boston, MA 02110-2131
　　　　　　　　　　(617) 345-1000

BOS1440130.1