≈AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ District of _____
Massachusetts

Transcontinental Insurance Company

V.

Barletta Engineering Corp.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: **04 - 12486 NG**

TO: (Name and address of Defendant)

Barletta Engineering Corp.
40 Shawmut Road, Suite 200
Canton, MA 02131

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Gregory P. Deschenes, Esq.
John S. Stadler, Esq.
Michael L. Cornell, Esq.
Nixon Peabody LLP
100 Summer Street
Boston, MA 02110
(617) 345-1000

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS                                         11/24/2004
_____                              _____
CLERK                                                DATE

(By) DEPUTY CLERK