UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TRANSCONTINENTAL INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>BARLETTA ENGINEERING CORPORATION,<br><br>Defendant. | CIVIL ACTION NO. 04-12486 NG |

**STIPULATION OF EXTENSION OF TIME IN WHICH THE DEFENDANT, BARLETTA ENGINEERING CORPORATION, MAY RESPOND TO THE COMPLAINT FOR DECLARATORY JUDGMENT**

The defendant, Barletta Engineering Corporation ("Barletta"), and the plaintiff, Transcontinental Insurance Company ("TIC"), hereby stipulate, that the time within which Barletta is to respond to TIC's Complaint for Declaratory Judgment is extended up to and including December 28, 2004.

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| BARLETTA ENGINEERING CORPORATION, | TRANSCONTINENTAL INSURANCE COMPANY, |
| By its attorneys, | By its attorneys, |
| /s/ Eric H. Loeffler<br>Bert J. Capone (BBO #072880)<br>Thomas H. Hayman (BBO#557279)<br>Eric H. Loeffler (BBO#641289)<br>CETRULO & CAPONE LLP<br>Two Seaport Lane, 10th Floor<br>Boston, MA 02210<br>Tel: (617) 217-5500<br>Fax: (617) 217-5200 | /s/ Michael L. Cornell<br>John S. Stadler (BBO#548485)<br>Gregory P. Deschenes (BBO#550830)<br>Michael L. Cornell (BBO#651405)<br>NIXON PEABODY LLP<br>100 Summer Street<br>Boston, MA 02110-2131<br>Tel: (617) 345-6098<br>Fax: (617) 345-1300 |