UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TRANSCONTINENTAL INSURANCE COMPANY,<br><br>        Plaintiff,<br><br>v.<br><br>BARLETTA ENGINEERING CORPORATION,<br><br>        Defendant. | CIVIL ACTION NO. 04-12486 NG |

**DEFENDANT/PLAINTIFF-IN-COUNTERCLAIM, BARLETTA ENGINEERING CORPORATION'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO LOCAL RULE 7.3**

The defendant/plaintiff-in-counterclaim, Barletta Engineering Corporation, hereby provides the following corporate disclosure statement pursuant to Local Rule 7.3 (D. Mass.):

Barletta Engineering Corporation does not have any parent corporation; nor is there any publicly held company that owns 10% or more of the stock of Barletta Engineering Corporation.

Respectfully submitted,

BARLETTA ENGINEERING CORPORATION,

By its attorneys,

/s/ Thomas H. Hayman
Bert J. Capone, BBO #072880
Thomas H. Hayman, BBO #557279
CETRULO & CAPONE LLP
Two Seaport Lane
Boston, MA 02110
(617) 217-5209

Dated: December 29, 2004