UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO. 04-12486 NG

| | |
|---|---|
| TRANSCONTINENTAL INSURANCE COMPANY, | )<br>)<br>)<br>)<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )<br>) |
| BARLETTA ENGINEERING CORPORATION, | )<br>)<br>)<br>) |
| Defendants. | )<br>) |

## JOINT STATEMENT PURSUANT TO LOCAL RULE 16.1

The parties in the above-referenced matter, Plaintiff Transcontinental Insurance Company ("Transcontinental") and Defendant Barletta Engineering Corporation ("Barletta"), by and through their counsel, hereby submit this Joint Statement in accordance with L.R. 16.1 and the Notice of Scheduling Conference, dated March 23, 2005.

### I. JOINT DISCOVERY PLAN

The parties propose the following plan for discovery in this matter:

A.   **Fact Discovery**

    1.   **Written Discovery and Record Gathering**

        a.   Plaintiff proposes that:

            i.   Fact discovery completed by January 31, 2006.

        b.   Defendant proposes that:

BOS1478814.1

                i.        Fact discovery completed by November 30, 2005.

        2.        **Expert Witness Discovery**

                a.        Plaintiff proposes that:

                        i.        Plaintiff's disclosure of expert witnesses and their reports by March 1, 2006.

                        ii.        Defendant's disclosure of expert witnesses and their reports by March 31, 2006.

                        iii.       Expert depositions completed by May 1, 2006.

                b.        Defendant proposes that:

                        i.        Plaintiff's disclosure of expert witnesses and their reports by January 13, 2006.

                        ii.        Defendant's disclosure of expert witnesses and their reports by February 28, 2006.

                        iii.       Expert depositions completed by March 31, 2006.

## II.    PROPOSED SCHEDULE FOR FILING OF MOTIONS

A.        Plaintiff proposes that:

        1.        Motions for summary judgment served and filed by June 15, 2006.

        2.        Oppositions to summary judgment served and filed by July 17, 2006.

B.        Defendant proposes that:

        1.        Motions for summary judgment served and filed no later than April 28, 2006.

        2.        Motions for summary judgment (partial or total) may be filed at any time, and the opposing party shall have 28 calendar days after the motion's filing to file its opposition.

## III.    PROPOSED SCHEDULE FOR FINAL PRETRIAL CONFERENCE AND TRIAL

A.        The parties propose that:

BOS1478814.1

- 3 -

    1.    Final pre-trial conference as set by the Court.

    2.    Trial as set by the Court.

## IV.  CERTIFICATIONS

The certifications required by Local Rule 16.1D(3) are attached hereto or will be filed separately on or before the day of the conference.

## V.  SETTLEMENT AND TRIAL BY MAGISTRATE

The parties do not consent to trial by Magistrate. Plaintiff has submitted a written settlement proposal to counsel for Defendant.

| BARLETTA ENGINEERING CORPORATION, | TRANSCONTINENTAL INSURANCE COMPANY, |
|---|---|
| By its attorneys, | By its attorneys, |
| //S// Thomas H. Hayman | *(signature)* |
| Burt J. Capone (BBO # 072880)<br>Thomas H. Hayman (BBO # 557279)<br>Eric H. Loeffler (BBO # 641289)<br>CETRULO & CAPONE LLP<br>Two Seaport Lane, 10th Floor<br>Boston, MA 02210<br>(617) 217-5500 | Gregory P. Deschenes (BBO # 550830)<br>John S. Stadler (BBO # 548485)<br>Michael L. Cornell (BBO # 651405)<br>Nixon Peabody LLP<br>100 Summer Street<br>Boston, MA 02110-2131<br>(617) 345-1000 |

Date: April 7, 2005

## CERTIFICATE OF SERVICE

     I hereby certify that a true copy of the above document was served upon the attorney of record for each party by first class mail on April 7, 2005 and upon all parties registered for electronic notification via the Court's electronic filing system.

_____
Michael L. Cornell