UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.  04-12486 NG

|  |  |
|---|---|
| TRANSCONTINENTAL INSURANCE COMPANY, | ) ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| BARLETTA ENGINEERING CORPORATION, | ) ) ) |
| Defendants. | ) ) ) |

## DEFENDANT'S LOCAL RULE 16.1(D)(3) CERTIFICATION

We, the undersigned, hereby certify that we have conferred in this matter:

(a)     with a view to establishing a budget for the costs of conducting the full course and various alternative courses of the litigation; and

(b)     to consider the resolution of the litigation through the use of alternative dispute resolution programs, such as those outlined in Local Rule 16.4.

BOS1479667.1

TRANSCONTINENTAL INSURANCE COMPANY

//S//  John Roy

_____
By: John Roy
Claims Manager
Construction Defect – Law Department
CNA Insurance Company
3175 Satellite Boulevard
Building 600
Suite 550, 5th Floor
Duluth, GA 30096

Its:  Duly Authorized Agent.


TRANSCONTINENTAL INSURANCE COMPANY,

By its attorneys,

Date: April 7, 2005        _____
Gregory P. Deschenes (BBO # 550830)
John S. Stadler (BBO # 548485)
Michael L. Cornell (BBO # 651405)
Nixon Peabody LLP
100 Summer Street
Boston, MA 02110-2131
(617) 345-1000


## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each party by first class mail on April 7, 2005 and upon all parties registered for electronic notification via the Court's electronic filing system.

_____
Michael L. Cornell