UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Case No. 04-12486 NG

|  |  |
|---|---|
| TRANSCONTINENTAL INSURANCE COMPANY, | ) ) ) ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| BARLETTA ENGINEERING CORPORATION, | ) ) ) ) ) |
| Defendants. | ) ) |

### PLAINTIFF'S MOTION FOR REASSIGNMENT PURSUANT TO L.R. 40.1 (I)

Plaintiff Transcontinental Insurance Company ("Transcontinental"), a member of the CNA Insurance Group ("CNA"), respectfully requests that the above-captioned litigation, an insurance coverage declaratory judgment action, be reassigned to Judge Douglas Woodlock pursuant to Local Rule 40.1(I) because the instant case involves: the same property, construction project and events at the Lafayette School in Everett, Massachusetts; the same issue of whether general liability insurance coverage exists for claims of property damage allegedly arising from defective construction and workmanship by contractors; and the same legal arguments and defenses as those already considered and ruled upon by Judge Woodlock in a case previously filed in this district, which the First Circuit affirmed on appeal. *See B&T Masonry Construction Co., Inc. v. Public Service Mutual Ins. Co.*, 382 F.3d 36 (1st Cir. 2004).

In support of this Motion, Plaintiff relies upon its Memorandum In Support of Plaintiff's Motion for Reassignment Pursuant to L.R. 40.1(I), which is filed herewith.

TRANSCONTINENTAL INSURANCE COMPANY,

By its attorneys,

Date: April 8, 2005

*/s/ Michael L. Cornell*
Gregory P. Deschenes (BBO # 550830)
John S. Stadler (BBO # 548485)
Michael L. Cornell (BBO # 651405)
Nixon Peabody LLP
100 Summer Street
Boston, MA 02110-2131
(617) 345-1000

## LOCAL RULE 7.1(A)(2) CERTIFICATION

I certify that on April 8, 2005, counsel for the Plaintiff attempted in good faith to resolve the issues presented in this Motion with counsel for the Defendants but was unable to do so.

*/s/ Michael L. Cornell*
Michael L. Cornell

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each party via the Court's electronic filing system.

*/s/ Michael L. Cornell*
Michael L. Cornell