UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

TRANSCONTINENTAL INSURANCE COMPANY,

        Plaintiff,

v.

BARLETTA ENGINEERING CORPORATION,

        Defendant.

CIVIL ACTION NO. 04-12486 NG

**BARLETTA ENGINEERING CORPORATION**
**CERTIFICATION PURSUANT TO LOCAL RULE 16.1**

The undersigned counsel and an authorized representative of Barletta Engineering Corporation hereby certify that they have conferred:

a.    with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation; and

b.    to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | BARLETTA ENGINEERING CORPORATION |
|  | By: |
|  | /s/ Vincent F. Barletta<br>Vincent F. Barletta, President |
|  | And its counsel, |
|  | /s/ Thomas H. Hayman<br>Bert J. Capone (BBO#072880)<br>Thomas H. Hayman (BBO#557279)<br>Eric H. Loeffler (BBO#641289)<br>CETRULO & CAPONE LLP<br>Two Seaport Lane, 10th Floor<br>Boston, MA 02210<br>Tel: (617) 217-5500 |
| Dated: April 11, 2005 | Fax: (617) 217-5200 |

**CERTIFICATE OF SERVICE**

I, Thomas H. Hayman do hereby certify that on this 11th day of April, 2005, I served a true and accurate copy of the foregoing document to counsel of record by first class mail as follows:

Gregory P. Deschenes, Esq.
John S. Stadler, Esq.
Michael L. Cornell, Esq.
Nixon Peabody LLP
100 Summer Street
Boston, MA 02110-2131

/s/ Thomas H. Hayman
Thomas H. Hayman, BBO #557279

2