UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

TRANSCONTINENTAL INSURANCE COMPANY,

       Plaintiff,

v.

BARLETTA ENGINEERING CORPORATION,

       Defendant.

CIVIL ACTION NO. 04-12486 NG

## NOTICE OF APPEARANCE

Please enter the appearance of Eric H. Loeffler of Cetrulo & Capone LLP, Two Seaport Lane, Boston, MA 02210, as counsel for the defendant, Barletta Engineering Corporation, in the above captioned action.

       Respectfully submitted,

       BARLETTA ENGINEERING CORPORATION,

       By its attorneys,

       /s/ Eric H. Loeffler
       Bert J. Capone (BBO#072880)
       Thomas H. Hayman (BBO#557279)
       Eric H. Loeffler (BBO#641289)
       CETRULO & CAPONE LLP
       Two Seaport Lane, 10th Floor
       Boston, MA 02210
       Tel: (617) 217-5500

Dated: April 15, 2005       Fax: (617) 217-5200

2

**CERTIFICATE OF SERVICE**

    I, Eric H. Loeffler, do hereby certify that on this 15th day of April, 2005, I served a true and accurate copy of the foregoing document through the Court's electronic filing system to counsel of record in this case.

/s/ Eric H. Loeffler_____
Eric H. Loeffler, BBO #641289
