UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TRANSCONTINENTAL INSURANCE COMPANY,<br><br>        Plaintiff,<br><br>v.<br><br>BARLETTA ENGINEERING CORPORATION,<br><br>        Defendant. | CIVIL ACTION NO. 2004-12486 NG |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Please withdraw the appearance of Eric H. Loeffler on behalf of the defendant, Barletta Engineering Corporation ("Barletta"). Bert J. Capone and Thomas H. Hayman of Cetrulo & Capone LLP will remain as counsel for Barletta.

Respectfully submitted,

/s/ Eric H. Loeffler
Eric H. Loeffler, BBO#641289
Hinshaw & Culbertson LLP
One International Place
Boston, MA 02110
(617) 213-7010

34012562v1 NEWFILE