# CETRULO & CAPONE LLP

COUNSELLORS AT LAW

TWO SEAPORT LANE
BOSTON, MASSACHUSETTS 02210
TELEPHONE (617) 217-5500
FACSIMILE (617) 217-5200
www.cetcap.com

(617) 217-5209
thayman@cetcap.com

NEW YORK, NEW YORK
TELEPHONE (212) 635-2230

PROVIDENCE, RHODE ISLAND
TELEPHONE (401) 274-7850

August 26, 2005

Mr. Rex Brown, Court Room Clerk
for Magistrate Judge Joyce London Alexander
United States District Court for the
District of Massachusetts
Suite 7410
1 Courthouse Way, Room 2300
Boston, MA 02210

Re:   **Transcontinental Insurance Company v. Barletta Engineering Corporation,
United States District Court Civil Action No. 04-12486NG (D. Mass.)**

Dear Mr. Brown:

I represent Barletta Engineering Corporation in the above-referenced case. In this case, the plaintiff, Transcontinental Insurance Company, has filed a Motion for Reassignment Pursuant to Local Rule 40.1. Transcontinental, along with its affiliates, filed virtually an identical motion in the case of National Fire Insurance Co. of Hartford, Valley Forge Insurance Company, Transcontinental Insurance Company and Transportation Insurance Company v. A&A Window Products, Inc. and Soloco, Inc., USDC No. 04-CV-12487NG. On August 11, 2005, Judge Gertner denied the plaintiffs' motion to transfer 04-CV-12487NG. Since Transcontinental is a party to both Civil Action Nos. 04-CV-12486NG and 04-CV-12487NG, the two lawsuits raise virtually identical issues, and virtually identical motions for reassignment were filed in each case, I have enclosed a copy of Judge Gertner's Order in 04-CV12487NG for the Court's consideration relative to Trancontinental's pending Motion for Reassignment in 04-CV-12486NG.

Thank you for your attention and please do not hesitate to contact me if you have any questions regarding this matter.

Very truly yours,

Thomas H. Hayman

THH/mn
Enclosure
cc: Gregory P. Deschenes, Esq. (w/encl.)

01466-0010
386896v1