UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TRANSCONTINENTAL INSURANCE COMPANY,<br><br>  Plaintiff,<br><br>v.<br><br>BARLETTA ENGINEERING CORPORATION,<br><br>  Defendant. | CIVIL ACTION NO. 04-12486 NG |

## JOINT MOTION TO CONTINUE SCHEDULING CONFERENCE

All parties to the above captioned case respectfully request that the Status Conference scheduled for February 22, 2006, be postponed. The parties have reached a settlement in principle regarding the claims in this case, but require settlement documents to be finalized and executed in a complicated multiparty case pending in the Massachusetts State Court: City of Everett v. Barletta Engineering Corp., et. al., Middlesex Superior Court Civil Action No. 00-4884. Because of the number of parties involved in the State Court case settlement, the parties anticipate that it may take two and perhaps three months in order to fully document the settlements of both the State Court case and the above-captioned matter pending before this Court.

This Joint Motion is being filed pursuant to the instruction provided by Jarrett Lovett, Courtroom Clerk, on February 21, 2006.

Respectfully submitted,

| BARLETTA ENGINEERING CORPORATION, | TRANSCONTINENTAL INSURANCE COMPANY, |
|---|---|
| By its attorneys, | By its attorneys, |
| /s/ Thomas H. Hayman<br>Bert J. Capone, BBO #072880<br>Thomas H. Hayman, BBO #557279<br>Cetrulo & Capone LLP<br>Two Seaport Lane<br>Boston, MA 02110<br>(617) 217-5209 | /s/ Gregory P. Deschenes<br>Gregory P. Deschenes, BBO #550830<br>John S. Stadler, BBO #548485<br>Michael L. Cornell BBO #651405<br>Nixon Peabody LLP<br>100 Summer Street<br>Boston, MA 02110-2131<br>(617) 345-1000 |

Dated: February 22, 2006