UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TRANSCONTINENTAL INSURANCE COMPANY,<br><br>                                    Plaintiff,<br><br>v.<br><br>BARLETTA ENGINEERING CORPORATION,<br><br>                                    Defendant. | Civil Action No. 04-12486-NG |

### JOINT MOTION TO CONTINUE SCHEDULING CONFERENCE

All parties to the above-captioned case respectfully request that the Status Conference scheduled for April 24, 2006 be postponed.  The parties have reached a settlement in principle regarding the claims in this case, but require settlement documents to be finalized and executed in a complicated multiparty case pending in the Massachusetts State Court:  City of Everett v. Barletta Engineering Corp., et al., Middlesex Superior Court, Civil Action No. 00-4884.  Because of the number of parties involved in the State Court case settlement, the parties anticipate that it may take an additional two months in order to fully document the settlements of both the State Court case and the above-captioned matter pending before this Court.

This Joint Motion is being filed pursuant to the instruction provided by the Court's Courtroom Clerk, on April 11, 2006.

Respectfully submitted,

| **BARLETTA ENGINEERING CORPORATION,** | **TRANSCONTINENTAL INSURANCE COMPANY,** |
|---|---|
| **By its attorneys,** | **By its attorneys,** |
| /s/ Thomas H. Hayman | /s/ Michael L. Cornell |
| Burt J. Capone (BBO # 072880)<br>Thomas H. Hayman (BBO # 557279)<br>Dwight T. Burns, III (BBO # 637514)<br>CETRULO & CAPONE LLP<br>Two Seaport Lane, 10th Floor<br>Boston, MA 02210<br>(617) 217-5500 | Gregory P. Deschenes (BBO # 550830)<br>Michael L. Cornell (BBO # 651405)<br>Nixon Peabody LLP<br>100 Summer Street<br>Boston, MA 02110-2131<br>(617) 345-1000 |

Dated:  April 12, 2006