UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Transcontinental Insurance Company,<br><br>                                 Plaintiff,<br><br>v.<br><br>Barletta Engineering Corporation,<br><br>                                 Defendant. | Civil Action No. 04-12486-NG |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41, Plaintiff Transcontinental Insurance Company ("Transcontinental") and Defendant Barletta Engineering Corporation ("Barletta") hereby stipulate and agree that all claims and counterclaims in the above-captioned action are dismissed with prejudice, with all rights of appeal waived, and without interest, costs, or attorneys' fees to either Transcontinental or Barletta.

| BARLETTA ENGINEERING CORPORATION, | TRANSCONTINENTAL INSURANCE COMPANY, |
|---|---|
| By its attorneys,<br><br>*/s/ Bert J. Capone*<br>Bert J. Capone (BBO # 072880)<br>Thomas H. Hayman (BBO # 557279)<br>CETRULO & CAPONE LLP<br>Two Seaport Lane, 10th Floor<br>Boston, MA 02210<br>(617) 217-5500 | By its attorneys,<br><br>*/s/ Gregory P. Deschenes*<br>Gregory P. Deschenes (BBO # 550830)<br>Michael L. Cornell (BBO # 651405)<br>Nixon Peabody LLP<br>100 Summer Street<br>Boston, MA 02110-2131<br>(617) 345-1000 |

Dated: July 26, 2006

10055760.1

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon counsel for each other party via the court's electronic filing system, on July 26, 2006.

_____
Michael L. Cornell